United States District Court

Eastern District of California

Michael Huftile,

     Plaintiff,                    No. Civ. S 05-0050 GEB PAN P

  vs.                           Order

Jack Vognsen,

     Defendant.

-oOo-

    January 10, 2005, plaintiff filed a document styled "complaint," seeking reconsideration of the court's November 24, 2003, order in <u>Huftile v. Vognsen</u>, Case No. S 03-0604 DFL JFM P directing that case be transferred to the Central District of California.

    A motion for reconsideration should be filed in the case with the order to be reconsidered.

    Accordingly, I hereby direct the Clerk of the Court to place the January 10, 2005, "complaint" and the February 16, 2005,

1  motion for appointment of counsel into Case No. S 03-0604 DFL JFM
2  P and to close this case.
3      So ordered.
4      Dated:  August 30, 2005.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge